# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL L. JONES,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 74032

**FILED**

JAN 0 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court; Douglas Smith, Judge.

Appellant's counsel filed a motion to withdraw this appeal on the ground that appellant has died. We construed the motion as a notice of suggestion of death pursuant to NRAP 43, and on December 18, 2017, we entered an order directing appellant's counsel to substitute a personal representative, if any, or to inform this court in writing that appellant has no personal representative. *See Walker v. Burkham*, 68 Nev. 250, 256, 229 P.2d 158, 161-62 (1951). Counsel has responded and informs this court appellant has no personal representative. Because no personal representative of appellant has filed a motion for substitution in this appeal, *see Brass v. State*, 129 Nev. 527, 530, 306 P.3d 393, 395 (2013), we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

18-00838

cc: Douglas Smith, District Judge
Christopher R. Oram
Attorney General/Carson City
Clark County District Attorney
Eighth Judicial District Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A